-CLOSED-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT BUREAU SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. and CORELOGIC, INC., <br><br> Defendants. | Case No. SACV 12-02146 JGB(MLGx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: July 2, 2013

JESUS G. BERNAL
United States District Judge